IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00195

I.S.,

    Plaintiff(s);

v.

ASPEN SCHOOL DISTRICT,

    Defendant(s).

---

**NOTICE OF SETTLEMENT**

---

COMES NOW, Plaintiff I.S. ("Plaintiff") by and through counsel, and hereby submits this Notice of Settlement:

1. The Parties have reached a full and final settlement of Plaintiff's claims that will fully resolve this matter without the need for further proceedings, including trial currently scheduled to commence March 4, 2024.
2. The Parties are currently preparing settlement paperwork and will take additional steps to effect dismissal in this matter in accordance with the terms of the settlement.

DATED: February 20, 2024

Respectfully submitted by:

*s/ Igor Raykin*
Igor Raykin, Esq.

Michael Nolt, Esq.
Kishinevsky & Raykin, Attorneys at Law
2851 S. Parker Rd., Suite 150
Aurora, CO 80014
720-748-8888
igor@coloradolawteam.com
michael@coloradolawteam.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Krystle Jennings*
Krystle Jennings