IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00195

I.S.,

    Plaintiff(s);

v.

ASPEN SCHOOL DISTRICT,

    Defendant(s).

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff I.S. ("Plaintiff") and Defendant Aspen School District ("Defendant") (collectively, "the Parties"), by and through counsel, and hereby submit this Stipulation of Dismissal with Prejudice.

1. The Parties have reached a full and final settlement of Plaintiff's claims. The Parties have exchanged and executed the settlement agreement paperwork.

2. In accordance with the terms of the settlement agreement, and pursuant to Fed. R. Civ. P. 41(a)(ii) the Parties stipulate to the dismissal of Plaintiff's claims with prejudice.

3. Each party will bear their own costs and attorney fees.

WHEREFORE, the Parties hereby stipulate to the dismissal of Plaintiff's claims with prejudice.

DATED: March 20, 2024

*s/ Igor Raykin*
Igor Raykin
Michael Nolt
Kishinevsky & Raykin, LLC
2851 South Parker Road, Suite 150
Aurora, CO 80014

Tel: (720) 748-8888
Fax: (720) 748-8894
igor@coloradolawteam.com
michael@coloradolawteam.com
***Attorneys for Plaintiff***


*s/ Michael Schreiner*
Michael W. Schreiner
Justin H. Miller
Caplan and Earnest LLC
3107 Iris Ave., Suite 100
Boulder, CO 80301
Phone: 303-443-8010
mschreiner@celaw.com
jmiller@celaw.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Krystle Jennings*
Krystle Jennings